IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN VASHAUN MCKINLEY | : | CIVIL ACTION |
| v. | : | |
| ALAN BOOKARD | : | NO. 16-6544 |

## O R D E R

AND NOW, this 9th day of February 2017, having considered plaintiff's amended complaint (Document No. 4), and in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
GERALD A. MCHUGH, J.